COMPLAINT EXHIBIT 1

Factory: GUANG DONG ZHONG SHAN YI PU LIN GARMENT LTD.

Factory Address: XINGHUA ROAD DACHONG TOWN, ZHONGSHAN, CHINA

Tel: +86 13823909893

## COMMERCIAL INVOICE

| | |
|---|---|
| SHIP TO: Capital West, 525 W Manville Street, Compton, CA 92220, United States | INVOICE NO.: 160905 |
| VESSEL/VOY: | DATE: 20160905 |
| SEAL NO.: Y0248238 | ETD: 10-sep |
| CONTAINER NO.: TEMU7786073 | ETA: LOS ANGELES:25-sep |
| PORT OF LOADING: YANTIAN, CHINA | BILL NO:TPOE16090138 |
| PORT OF DISCHARGE: LOS ANGELES | CONTAINER NO.:TEMU7786073 |

| ITEM NO. | VPO# | DISCRIPTION | Quantity pcs | Unit Price LDP Shenzhen | Amount |
|---|---|---|---|---|---|
| MCS52972 | 1014144 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1800 | $6.50 | $11,700.00 |
| MCS52974 | 1014145 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1800 | $6.50 | $11,700.00 |
| WCS52972 | 1014146 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1800 | $7.00 | $12,600.00 |
| WCS52974 | 1014147 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1800 | $7.00 | $12,600.00 |
| MCS52920 | 1014118 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1800 | $6.30 | $11,340.00 |

| | | | | |
|---|---|---|---|---|
| MCS52921 | 1014119 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1788 | $6.10 | $10,906.80 |
| MUS52607Z | 1014034 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1536 | $6.80 | $10,444.80 |
| MUS52607Z | 1014034 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1452 | $6.80 | $9,873.60 |
| WUS52607Z | 1014035 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1368 | $7.40 | $10,123.20 |
| WUS52607Z | 1014035 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1368 | $7.40 | $10,123.20 |
| | | Total | 16512 | | $111,411.60 |