COMPLAINT EXHIBIT 2

Factory: GUANG DONG ZHONG SHAN JMHZ GARMENTCO; LTD.

Factory Address: BAIJIAOWEI QINGGANG VILLAGE DACHONG TOWN ZHONGSHAN., GUANGDONG CHINA

# COMMERCIAL INVOICE

SHIP TO: Capital West,525 W Manville Street, Compton, CA 92220,United States

VESSEL/VOY:

SEAL NO.:

CONTAINER NO.:

PORT OF LOADING: YANTIAN,CHINA

PORT OF DISCHARGE: LOS ANGELES

INVOICE NO.:161008

DATE: 20161008

ETD: 18-Oct

ETA: LOS ANGELES:03-Nou

BILL NO:TPOE1600034

CONTAINER NO.:

| ITEM NO. | VPO# | DISCRIPTION | Quantity pcs | Unit Price LDP Shenzhen | Amount |
|---|---|---|---|---|---|
| MCS52919 | 1014250 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1200 | $5.20 | $6,240.00 |
| MCS52919BELO | 1014251 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1200 | $5.20 | $6,240.00 |
| | | | | | $0.00 |
| | | Total | 2400 | | $12,480.00 |

# Packing List

**Factory:** GUANG DONG ZHONG SHAN JMHZ GARMENTCO., LTD.
**Factory Address:** BAIJIAOWEI QINGGANG VILLAGE DACHONG TOWN ZHONGSHAN., GUANGDONG CHINA
**Tel:** +86 13823903893

**SHIP TO:** Capital West,525 W Manville Street, Compton, CA 92220,United States

| | | |
|---|---|---|
| **VESSEL/VOY:** | **INVOICE NO.:** | 161008 |
| **SEAL NO.:** | **DATE:** | 8-Oct-16 |
| **CONTAINER NO.:** | **ETD:** SHENZHEN | 18-Oct-16 |
| **PORT OF LOADING:** YANTIAN,CHINA | **ETA:** LOS ANGELES: | 03-Nov-16 |
| **PORT OF DISCHARGE:** LOS ANGELES | **BILL NO:** | TPOE1610034 |
| | **CONTAINER NO.:** | |

| VPO# | | DISCRIPTION | COLOR | PO# | Ration/QTY | | | | | | CTN | CTNS CTN/PCS | QTY | NW/CTN | N/W | GW/CTN | G/W | Ct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 6 | 8 | 10 | 12 | 14 | 16 | | | | | | | | |
| 1014250 | MCS52919 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | DARK BLUE | 1014250 | 2 | 4 | 6 | 6 | 4 | 2 | 1-50 | 50 | 1200 | 13 | 650 | 14 | 700 | 56X3 |
| 1014251 | PCS52919BELO | | DARK BLUE | 1014251 | 3 | 3 | 6 | 6 | 3 | 3 | 1-50 | 50 | 1200 | 13 | 650 | 14 | 700 | 56X3 |

**Total CTNS:** 100, **Total Quantity:** 2400 pcs, **Total CBM :** 5.6CBM, **Total Net Weight:** 1300KG, **Total Gross Weight:** 1400KG