COMPLAINT EXHIBIT 3

# Factory: GUANG DONG ZHONG SHAN JMHZ GARMENT CO., LTD.

Factory Address: BAIJIAOWEI QINGGANG VILLAGE DACHONG TOWN ZHONGSHAN., GUANGDONG CHINA

Tel: +86 13823909893

## COMMERCIAL INVOICE

| | | |
|---|---|---|
| SHIP TO: | Capital West,525 W Manville Street, Compton, CA 92220,United States | INVOICE NO.: 161130 |
| VESSEL/VOY: | | DATE: Non-30th |
| SEAL NO.: | Y0043544 | ETD: DEC-5th |
| CONTAINER NO.: | PCIU2948108 | ETA: LOS ANGELES: DEC-19th |
| PORT OF LOADING: | YANTIAN,CHINA | BILL NO: TPOE16120052 |
| PORT OF DISCHARGE: | LOS ANGELES | CONTAINER NO.: PCIU2948108 |

| ITEM NO. | VPO# | DISCRIPTION | Quantity pcs | Unit Price LDP Shenzhen | Amount |
|---|---|---|---|---|---|
| PCS52919 | 1014345 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1800 | $6.07 | $10,926.00 |
| MCS52919 | 1014343 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 2688 | $6.17 | $16,584.96 |
| MCS52982 | 1014363 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1800 | $7.30 | $13,140.00 |

| | | | | |
|---|---|---|---|---|
| MCS30985BL | 1014346 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 900 | $5.85 | $5,265.00 |
| MCS30985BL | 1014346 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 900 | $5.45 | $4,905.00 |
| MCS31245BL | 1014362 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1200 | $5.75 | $6,900.00 |
| MCS32413BL | 1014406 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 900 | $6.25 | $5,625.00 |
| MCS32292BL | 1014347 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 600 | $5.45 | $3,270.00 |
| MCS22725BELO | 1014418 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 600 | $7.00 | $4,200.00 |
| MCS40239BELO | 1014417 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,3%SPANDEX | 600 | $6.10 | $3,660.00 |
| PCS40231BELO | 1014536 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,4%SPANDEX | 960 | $5.40 | $5,184.00 |
| PCS40231BELO | 1014425 | Women's Woven Trousers 98%COTTON, 2%SPANDEX | 960 | $5.40 | $5,184.00 |
| Total | | | 13908 | | $84,843.96 |