COMPLAINT EXHIBIT 4

Factory: GUANG DONG ZHONG SHAN JMHZ GARMENTCO; LTD

Factory Address: BAIJIAOWEI QINGGANG VILLAGE DACHONG TOWN ZHONGSHAN., GUANGDONG CHINA

Tel: +86 13823909893

## COMMERCIAL INVOICE

SHIP TO:  
Capital West,525 W Manville Street,  
Compton, CA 92220,United States

INVOICE NO.:170117

DATE: 20170117

VESSEL/VOY:  ETD:

SEAL NO.:  ETA: LOS ANGELES:

CONTAINER NO.:  BILL NO:

PORT OF LOADING: YANTIAN,CHINA  CONTAINER NO.:

PORT OF DISCHARGE:LOS ANGELES

| ITEM NO. | VPO# | DISCRIPTION | Quantity pcs | Unit Price LDP Shenzhen | Amount |
|---|---|---|---|---|---|
| MCS52919 | 1014343 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 2700 | $5.37 | $14,499.00 |
| MCS52946 | 1014368 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1800 | $5.60 | $10,080.00 |
| MCS40239 | 1014379 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1800 | $5.30 | $9,540.00 |
| WCS40239 | 1014380 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPANDEX | 1200 | $5.60 | $6,720.00 |
| Total | | | 7500 | | $40,839.00 |

# Packing List

**SHIP TO:** Capital West,525 W Manville Street, Compton, CA 92220,United States

**Factory:** GUANG DONG ZHONG SHAN JMHZ GARMENTCO; LTD.
**Factory Address:** BAIJIAOWEI QINGGANG VILLAGE DACHONG TOWN ZHONGSHAN., GUANGDONG CHINA
**Tel:** +86 13823909893

**VESSEL/VOY:**
**SEAL NO.:**
**CONTAINER NO.:**
**PORT OF LOADING:** YANTIAN,CHINA
**PORT OF DISCHARGE:** LOS ANGELES

**INVOICE NO.:** 170117
**DATE:**
**ETD:** SHENZHEN
**ETA:** LOS ANGELES
**BILL NO:**
**CONTAINER NO.:**

| VPO# | ITEM NO. | DISCRIPTION | COLOR | PO# | Ration/QTY | | | | | | | CTN | CTNS | CTN/PCS | QTY | NW/CTN | N/W | GW/CTN | G/W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 6 | 8 | 10 | 12 | 14 | 16 | | | | | | | | | |
| 1014343 | MCS52919 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPAND EX | LIGHT WASH | 1014343 | 2 | 4 | 6 | 6 | 4 | 2 | | 1-112 | 112 | 24 | 2688 | 11 | 1232 | 12 | 1344 |
| 1014343 | MCS52919 | 23%POLYESTER,2%SPAND EX | LIGHT WASH | 1014343 | 1 | 2 | 3 | 3 | 2 | 1 | | 113 | 1 | 12 | 12 | 5.5 | 5.5 | 6.5 | 6.5 |
| 1014368 | MCS52946 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPAND EX | LIGHT BLUE | 1014368 | 6 | 8 | 10 | 12 | 14 | 16 | | | | | | | | | |
| | | | | | 2 | 4 | 6 | 6 | 4 | 2 | | 1-75 | 75 | 24 | 1800 | 11 | 825 | 12 | 900 |
| 1014379 | MCS40239 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPAND EX | LIGHT BLUE | 1014379 | 2 | 4 | 6 | 6 | 4 | 2 | | 1-75 | 75 | 24 | 1800 | 9 | 675 | 10 | 750 |
| | | | | 14W | 16W | 18W | 20W | 22W | 24W | | | | | | | | | | |
| 1014380 | WCS40239 | Women's Woven Trousers 75%COTTON, 23%POLYESTER,2%SPAND EX | LIGHT BLUE | 1014380 | 2 | 4 | 4 | 4 | 4 | 4 | 2 | 1-50 | 50 | 24 | 1200 | 10 | 500 | 11 | 550 |

**Total CTNS:** 313, **Total Quantity:** 7500 pcs, **Total CBM:** 16.66CBM, **Total Net Weight:** 3237.5KG, **Total Gross Weight:** 3550.5KG